IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NICHOLAS HARDING,    Case No.  3:23-cv-00321

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.
_____/

## DEFENDANT GOOGLE LLC's UNOPPOSED MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 3.01(d), Defendant Google LLC ("Google") moves for leave to file a reply memorandum in support of its Motion to Compel Arbitration, and states as follows:

This case was originally filed by Plaintiff Nicholas Harding ("Plaintiff") in the Circuit Court in and for Duval County, Florida.  Google removed the case to this Court on March 20, 2023.  ECF No. 1.

On April 17, 2023, Google filed a Motion to Compel Arbitration in this case. ECF No. 12.  On April 21, 2023, Plaintiff Nicholas Harding ("Plaintiff") filed his Opposition to Removal and Motion to Compel Arbitration.  ECF No. 13.  Plaintiff is acting *pro se* in this case.

1

Plaintiff's Opposition addresses two very different issues. *First*, Plaintiff opposes the removal of the case, and seeks remand to the State court. This portion of Plaintiff's Opposition requires a short legal response. *Second*, Plaintiff opposes Google's Motion to Compel Arbitration. This portion of Plaintiff's Opposition raises a number of issues, including challenges to this Court's jurisdiction that require a legal and factual response from Google. Google further contends a short reply would assist the Court with its determination of the merits of the Motion.

Therefore, Google respectfully requests that it be permitted to file a reply memorandum of not more than five (5) pages, as well as a short declaration to address the factual issue raised by Plaintiff.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel has conferred with pro se Plaintiff, who <u>does</u> consent to this motion, though he requested that any Reply be filed by May 1, 2023.

Dated:  April 25, 2023

*s/ Douglas L. Kilby*
DOUGLAS L. KILBY
Lead Counsel
Florida Bar No. 73407
HANNAH E. MURPHY
Florida Bar No. 1032759
STEARNS WEAVER MILLER
  WEISSLER ALHADEFF
  & SITTERSON, P.A.
106 E. College Ave., Suite 700
Tallahassee, FL 32301
Telephone: (850) 580-7200
Facsimile: (850) 329-4844
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com
boneal@stearnsweaver.com
lrussell@stearnsweaver.com

*Attorneys for Defendant, Google LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2023, I electronically filed the foregoing with the Clerk of the Court and served via email to any pro se litigants.

*s/ Douglas L. Kilby*
DOUGLAS L. KILBY
Florida Bar No. 73407