UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NICHOLAS HARDING,

    Plaintiff,

v.                                      Case No. 3:23-cv-321-BJD-JBT

GOOGLE LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on pro se Plaintiff's Motion for Permission to Appeal in Forma Pauperis and Affidavit (Doc. 27; Motion) filed June 16, 2023.

Federal Rule of Appellate Procedure 24(a)(1) requires a party requesting to proceed in forma pauperis on appeal to file a motion in the district court. See also 28 U.S.C. § 1915(a)(1) (requiring a person who seeks to appeal a case in forma pauperis to include an affidavit describing "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress"). Additionally, the motion to proceed in forma pauperis must include a financial affidavit as provided in Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure. Fed. R. App. P. 24(a)(1)(A).

An appeal is not taken in good faith where the appellant fails to articulate a basis for the appeal. Madura v. Lakebridge Condo. Ass'n, Inc., No. 8:07CV02274-T-17EAJ, 2009 WL 1659444, at *2 (M.D. Fla. June 15, 2009). When the basis of an appeal is given, the Court looks to "whether, objectively speaking, there is any non-frivolous issue to be litigated on appeal." Knight v. Lane, No. CA 08-0301-KD-C, 2010 WL 1487806, at *2 (S.D. Ala. Apr. 7, 2010) (internal quotations and citations omitted) report and recommendation adopted, No. CIVA 08-0301-KD-C, 2010 WL 1487275 (S.D. Ala. Apr. 13, 2010). If there are not any non-frivolous issues to be litigated on appeal, then the appeal is not taken in good faith. Id.

Here, Plaintiff provides financial information and states his basis for appeal being "[t]he Order issued [on] June 8[, 2023] compelling arbitration." Motion at 1. Plaintiff does not articulate any other reason for the appeal. He does not articulate "the nature of the action, defense[,] or appeal and [Plaintiff's] belief that [he] is entitled to redress." 28 U.S.C. § 1915(a)(1). Because Plaintiff does not explain his reasoning for appealing this matter, his motion to proceed in forma pauperis will be denied. See 28 U.S.C. § 1915(a)(1); Madura, 2009 WL 1659444, at *2.

Accordingly, after due consideration, it is

**ORDERED:**

1. Under 28 U.S.C. § 1915(a)(3), the Court certifies this appeal is not taken in good faith.

2. Plaintiff's Motion to Appeal in Forma Pauperis (Doc. 27) is **DENIED**.

3. The Clerk of Court is directed to **immediately** notify the parties and the United States Court of Appeals for the Eleventh Circuit that Appellant's appeal is not taken in good faith.

4. Appellant shall pay the applicable appellate docketing and filing fees within thirty (30) days of the date of this Order or move to proceed in forma pauperis before the Eleventh Circuit Court of Appeals.

**DONE and ORDERED** in Jacksonville, Florida this 20th day of June 2023.

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:

Counsel of Record
Unrepresented Parties