IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NICHOLAS HARDING,                                     Case No.  3:23-cv-00321

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff Nicholas Harding ("Harding") and Defendant Google LLC ("Google") hereby file this Joint Status Report, and state as follows:

This Court entered an order dated June 9, 2023 (ECF No. 24) overruling Plaintiff's objection to the Magistrate Judge's Report and Recommendation, adopting and supplementing that Report and Recommendation, granting Defendant's Motion to Compel Arbitration, and staying the case until further order of the Court.  The Court also directed the parties to file a status report by not later than September 8, 2023 to inform the Court of the status of arbitration, and to file additional status reports every 90 days thereafter until arbitration is complete.  ECF No. 24, p. 9.

1

Following entry of that Order, Plaintiff filed a Notice of Appeal of the Order with the United States Court of Appeals for the Eleventh Circuit. That appeal was dismissed, *sua sponte*, for lack of jurisdiction. Plaintiff's Petition for Panel Rehearing was denied. Plaintiff intends to file a petition for a writ of certiorari with the United States Supreme Court.

No arbitration proceeding has been commenced as of the date of this filing.

Dated:  December 11, 2023

s/ Nicholas Harding
NICHOLAS HARDING
3859 English colony drive N
Jacksonville, FL 32257
Telephone: (313) 670-6768
nharding@seraphrg.com

s/ Douglas L. Kilby
DOUGLAS L. KILBY
Lead Counsel
Florida Bar No. 73407
HANNAH E. MURPHY
Florida Bar No. 1032759
STEARNS WEAVER MILLER
 WEISSLER ALHADEFF
 & SITTERSON, P.A.
106 E. College Ave., Suite 700
Tallahassee, FL 32301
Telephone: (850) 580-7200
Facsimile: (850) 329-4844
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com
boneal@stearnsweaver.com
lrussell@stearnsweaver.com

*Attorneys for Defendant, Google LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2023, I electronically filed the foregoing with the Clerk of the Court and served via email to any pro se litigants.

*s/ Douglas L. Kilby*
DOUGLAS L. KILBY
Florida Bar No. 73407

#12285195 v1